An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: PETITION FOR
REINSTATEMENT OF JEFFREY N.
SAMUELS, BAR NO. 2465.

No. 59528

**FILED**

MAR 26 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR
## REINSTATEMENT TO PRACTICE LAW

Disbarred attorney Jeffrey N. Samuels has petitioned this court for reinstatement to practice law.[1] Samuels previously petitioned for reinstatement, and that petition was denied.[2] A hearing panel of the Southern Nevada Disciplinary Board has recommended that the instant petition also be denied, as Samuels has not demonstrated by clear and convincing evidence that reinstatement is appropriate.

Having reviewed the record, we agree with the hearing panel's recommendation that Samuels' petition for reinstatement be denied.

---

[1]The rules in effect at the time of Samuels' disbarment allowed reinstatement of disbarred attorneys. Under the current rules, disbarment is irrevocable. See In the Matter of Amendments to Procedural Rules Governing Professional Misconduct, ADKT No. 392 (Order Amending Nevada Supreme Court Rules 98-123, Amending Rules 212-213 and Adopting Rule 102.5, December 29, 2006) (amending SCR 102(1) and SCR 116, effective March 1, 2007, to make disbarment irrevocable).

[2]See In re: Reinstatement of Samuels, Docket No. 41462 (Order Denying Reinstatement, March 25, 2004).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08882

Samuels has not met his burden to demonstrate by clear and convincing evidence that he has the requisite qualifications to return to the practice of law. See SCR 116(2).

Accordingly, we deny without prejudice Samuels' petition for reinstatement to the practice of law. Samuels is hereby ordered to pay the costs of the reinstatement proceedings.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

cc:    Jeffrey Albregts, Chair, Southern Nevada Disciplinary Panel
David A. Clark, Bar Counsel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
William B. Terry, Chartered